# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

**FRANK CARR,**

        **Plaintiff,**

            **v.**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

**Case No. 2:12-cv-276**
**JUDGE EDMUND A. SARGUS, JR.**
**Magistrate Judge Mark R. Abel**

## ORDER

This matter is before the Court for consideration of a Report and Recommendation issued by the Magistrate Judge on June 10, 2013.  (ECF No. 18.)  The time for filing objections has passed, and no objections have been filed.  Therefore, the Court **ADOPTS** the Report and Recommendation, and for the reasons set forth in it **DENIES** Plaintiff's motion for summary judgment, **GRANTS** Defendant's motion for summary judgment, and **AFFIRMS** the decision of the Commissioner of Social Security denying Plaintiff's applications for Disability Insurance Benefits and Supplemental Security Income Benefits.

      **IT IS SO ORDERED.**

9-5-2013
_____
**DATE**

_____
**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**