AO 450 (Rev. 5/85) Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*
# *SOUTHERN DISTRICT OF OHIO*

Eastern Division

**FRANK CARR,**

    **Plaintiff,**

                          **JUDGMENT IN A CIVIL CASE**

**v.**

**COMMISSIONER OF**                **CASE NO.  2:12-cv-276**
**SOCIAL SECURITY,**                  **JUDGE EDMUND A. SARGUS, JR.**
                                                   **MAGISTRATE JUDGE MARK R. ABEL**

    **Defendant.**

____    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

      **Pursuant to the Order filed September 5, 2013, JUDGMENT is hereby entered DISMISSING this case.**

Date: September 5, 2013                                 JOHN P. HEHMAN, CLERK

                                                */S/ Andy F. Quisumbing*
                                                (By) Andy F. Quisumbing
                                                 Courtroom Deputy Clerk